**FILED**

**SEP 2 3 2009**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 09-30137-MJR |
| | ) | |
| DAVID C. STEWARD, | ) | Title 18, United States Code, |
| | ) | Sections 2252(a)(1) & (b)(1) |
| Defendant. | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**Transportation of Child Pornography**

On or about October 28, 2008, within Madison County, Illinois, within the Southern District of Illinois,

**DAVID C. STEWARD,**

defendant herein, knowingly transported and attempted to transport a visual depiction in interstate or foreign commerce by any means, including by computer, the producing of such visual depiction having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), and such depiction was of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(1) & (b)(1).

## COUNT 2

### Forfeiture of Computer Equipment

Upon conviction of one or more of the offense alleged in Counts 1 of this Indictment, defendant **David C. Steward** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property involved or used in any knowing violation of the offense described in Count 1 of this Indictment, including but not limited to the following: Dell XPS Tower, Model Number 400, Serial Number 62C02B1.

A TRUE BILL

FOREPERSON

NICOLE E. GOROVSKY
Assistant United States Attorney

A. COURTNEY COX
United States Attorney

Recommended Bond: Detention

2