IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. <u>09-30137-MJR</u> |
| | ) | |
| DAVID C. STEWARD, | ) | |
| | ) | |
| Defendant. | ) | |

**ELEMENTS OF THE OFFENSES CHARGED, PENALTIES, AND
GOVERNMENT'S SENTENCING CALCULATION**

The United States of America represented by A. Courtney Cox, United States Attorney for the Southern District of Illinois, and Nicole E. Gorovsky, Assistant United States Attorney, states the following:

The defendant in the present case is charged with a one count indictment[1], charging a violation of Title 18, United States Code, Sections 2252(a)(1), and (b)(1).  The defendant has informed the Government that he would like to plead guilty to the charges in an "open plea."

**Elements of the Offenses Charged**

The Government asserts that the following constitutes the essential elements of the offense of Transportation of Child Pornography under Title 18, United States Code, Sections 2252(a)(1):

FIRST:     On or about the date alleged in the Indictment, the Defendant knowingly transported or shipped a visual depiction in interstate or foreign commerce by any means, including by computer;

SECOND:  That the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct;

---

[1]Count II is a forfeiture allegation.

THIRD:      That such visual depiction is of a minor engaged in sexually explicit conduct; and

FOURTH:     That the Defendant knew that at least one of the performers in such visual depiction was a minor and knew that the visual depiction was of such minor.

## Penalties

The penalty that can be imposed for each violation of Title 18, United States Code, Sections 2252(a)(1), is from five to twenty years' imprisonment, or a $250,000 fine, or both, and at least 5 years' supervised release.

The Government submits to the Court that under the Sentencing Guidelines, after all facts have been considered, Defendant will have an Offense Level of 31 and a Criminal History of I, whereby the sentencing range is 108-135 months.  The Government further submits to the Court that the Defendant's fine range will be $15,000 to $150,000 according to U.S.S.G. §5E1.2.

The Government understands that this provision is not binding on the Court and constitutes the Government's good faith effort to inform the Court of the applicable sentencing range and that the Court ultimately will determine the guideline range after receiving the Presentence Report and giving both parties the opportunity to comment thereon.

The Government anticipates that the base Offense Level in this case will be 22 pursuant to U.S.S.G. §2G2.2(a)(2).  The Government further anticipates that the specific offense characteristic of §2G2.2(b)(2) will apply, thus the Defendant's initial Guideline Offense level should be increased 2 levels, creating a base offense level of 24. The Government further anticipates that the specific

offense characteristic of §2G2.2(b)(3)(F) will apply, thus the Defendant's initial Guideline Offense level should be increased 2 levels, creating a base offense level of 26. The Government further anticipates that the specific offense characteristic of §2G2.2(b)(4) will apply, thus the Defendant's initial Guideline Offense level should be increased 4 levels, creating a base offense level of 30. The Government further anticipates that the specific offense characteristic of §2G2.2(b)(6) will apply, thus the Defendant's initial Guideline Offense level should be increased 2 levels, creating a base offense level of 32. The Government further anticipates that the specific offense characteristic of §2G2.2(b)(7)(D) will apply, thus the Defendant's initial Guideline Offense level should be increased 2 levels, creating a base offense level of 34.

The Government anticipates that no victim-related adjustments will apply to this offense. *See* U.S.S.G. §3.A. The Government anticipates that the Defendant's role in the offense will be neither increased (under 3B1.1) nor decreased (under 3B1.2). The Government anticipates that there will be no finding that Defendant has obstructed justice in this case and therefore, pursuant to U.S.S.G. §3C1.1, the Defendant's base offense level will not be increased.

The Government anticipates that by pleading guilty the Defendant may be entitled to a reduction of 3 Levels based upon a finding by the Court that the Defendant has demonstrated an acceptance of personal responsibility for his criminal conduct which would thereby reduce the Offense Level to 31 (from Offense Level 34). *See* U.S.S.G. §3E1.1.

The Government submits to the Court that it appears that the Defendant has amassed zero(0) Criminal History points and that his Sentencing Guideline Criminal History Category is I. This calculation is based upon the following information:

| Date | Charge | Disposition | Guideline | Score |
|------|--------|-------------|-----------|-------|

*None known at this time.*

Respectfully submitted,

A. COURTNEY COX
United States Attorney


*s/Nicole E. Gorovsky*
NICOLE E. GOROVSKY
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL 62208
Phone:  618-628-3700
Fax:  618-628-3772
E-Mail: Nicole.Gorovsky@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 09-30137-MJR |
| | ) | |
| DAVID C. STEWARD, | ) | |
| | ) | |
| Defendant. | ) | |

**Certificate of Service**

I hereby certify that on February 4, 2010, I caused to be electronically filed **ELEMENTS OF THE OFFENSES CHARGED, PENALTIES, AND GOVERNMENT'S SENTENCING CALCULATION** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Christopher P. Threlkeld:  cthrelkeld@lbtdlaw.com

and I hereby certify that on February 4, 2010, I caused to be mailed by United States Postal Service, the document(s) to the following non-registered participants:

None

                                        Respectfully submitted,

                                        A. COURTNEY COX
                                        United States Attorney

                                        *s/Nicole E. Gorovsky*
                                        NICOLE E. GOROVSKY
                                        Assistant United States Attorney
                                        Nine Executive Drive
                                        Fairview Heights, IL 62208
                                        Phone:  618-628-3700
                                        Fax:  618-628-3772
                                        E-Mail: Nicole.Gorovsky@usdoj.gov