UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

[ ] Benton      [X] East St. Louis

[ ] Initial Appearance    [ ] Arraignment    [X] Change of Plea    [ ] Plea to Information

**CRIMINAL NO.** 09-cr-30137-MJR      **DATE:** February 11, 2010
**U.S.A. vs. DAVID C. STEWARD**      **JUDGE:** Donald G. Wilkerson
[X] Present   [X] Custody   [ ] Bond      **DEPUTY:** Jackie Payton
**DEFT. COUNSEL:** Christopher Threlkeld      **REPORTER:** Molly Clayton
[X] Present [X] Apptd. [ ] Retained [ ] Waived    **Start Time:** 2:00 p.m.   **End Time:** 2:30 p.m.
**GOVT. COUNSEL:** Nicole Gorovsky

[X] Defendant sworn
[X] The Court finds that the Defendant is capable of entering plea.
**[X] Consent to United States Magistrate Judge for entry of plea signed and submitted to the Court.**
[X] Defendant waives reading of Indictment    [ ] Indictment read to defendant
[X] Defendant advised of constitutional rights.    [X] Defendant advised of charges and penalties.
**[X] Defendant withdraws plea of NOT GUILTY as to Count 1 of the INDICTMENT.**
**[X] Plea:**    [X] Guilty as to Count 1 of the INDICTMENT.
         [ ] Not Guilty as to Count(s) _____.
         [ ] Nolo Contendere as to Count(s) _____.
[X] No Plea Agreement    [ ] Plea Agreement    [ ] Oral    [ ] Written
**[X] Court accepts plea of guilty and will enter a Report and Recommendation to the District Judge recommending entry of judgment on plea of guilty.**
**[X] Matter referred to U.S. Probation for pre-sentence investigation and report.**
**[X] Sentencing set for 6/3/2010 at 10:00 a.m. in East St. Louis, IL before Judge Michael J. Reagan.**
[X] Bond    [X] Continued    [ ] Changed/Amended

Government orally moves to detain the defendant. Court DENIES the oral motion.