IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 09-30137-MJR |
| | ) | |
| DAVID C. STEWARD, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT**

COMES NOW Defendant David C. Steward by and through his undersigned counsel and for his Motion for Extension of Time to File Objections to Presentence Investigation Report and states as follows:

1. The Initial Presentence Investigation Report (PSR) was filed on Friday, May 21, 2010 [Doc #25].

2. Objections to the PSR are due 14 days from the date of filing. Defendant's objections to the PSR are due June 4, 2010.

3. Counsel for Defendant is currently out of the office on vacation and will not return until the week of June 7, 2010.

3. Counsel therefore respectfully requests a three-week extension of time to file his objections to the PSR.

WHEREFORE, Defendant respectfully requests this Court grant a three-week extension of time to file his objections to the Presentence Investigation Report.

Respectfully Submitted,

/s/ Christopher P. Threlkeld
Christopher P. Threlkeld #6271433
224 St. Louis Street
Edwardsville, Illinois  62025
(618) 656-2321
(618) 656-2363 fax
**cthrelkeld@lbtdlaw.com**

## Certificate of Service

I hereby certify that on 05/24/2010, I electronically filed a Motion for Extension of Time to File Objections to Presentence Investigation Report with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Nicole Gorovsky
Nicole.Gorovsky@usdoj.gov

And I hereby certify that on 05/24/2010, I mailed by United States Postal Service, the document to the following non-registered participants:

NONE.

s/ Christopher P. Threlkeld