IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL NO. 09-30137-MJR |
| ) | |
| DAVID C. STEWARD, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO CONTINUE SENTENCING**

COMES NOW Defendant David C. Steward by and through his undersigned counsel and for his Motion to Continue Sentencing states as follows:

1. Defendant's Initial Presentence Investigation Report was filed May 21, 2010 [Doc #25].

2. On May 24, 2010, counsel for Defendant filed a Motion for Extension of Time to File Objections to the PSR [Doc #26].

3. In the Motion for Extension of Time, counsel requested a three-week extension. This extension would make the filing of objections to the PSR due on June 25, 2010.

4. Sentencing in this matter is currently set for June 25, 2010 at 1:30 p.m.

2. Counsel for Defendant therefore requests a continuance of the Sentencing in this matter to allow enough time to file Objections to the PSR and properly prepare for Defendant's Sentencing.

WHEREFORE, Defendant respectfully requests this Court grant a continuance of Sentencing in this matter.

        Respectfully Submitted,

        /s/ Christopher P. Threlkeld
        Christopher P. Threlkeld #6271433
        224 St. Louis Street
        Edwardsville, Illinois  62025
        (618) 656-2321
        (618) 656-2363 fax
        **cthrelkeld@lbtdlaw.com**

## Certificate of Service

I hereby certify that on 05/26/2010, I electronically filed a Motion to Continue Sentencing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Nicole Gorovsky
Nicole.Gorovsky@usdoj.gov

And I hereby certify that on 05/26/2010, I mailed by United States Postal Service, the document to the following non-registered participants:

NONE.

        s/ Christopher P. Threlkeld