IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 09-30137-MJR |
| | ) | |
| DAVID C. STEWARD, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE SENTENCING

COMES NOW Defendant David C. Steward by and through his undersigned counsel and for his Motion to Continue Sentencing states as follows:

1. Pursuant to his pre-trial release order, David Steward has been treating with Dr. Cuneo.

2. The undersigned has been informed that Dr. Cuneo will not be delivering his report until next week, the week of Sentencing.

3. Defendant therefore requests a brief continuance of sentencing in this matter so that the report can be properly reviewed by the Defendant, the Court, and the U.S. Attorney's office.

4. Defendant has consulted with Assistant U.S. Attorney Nicole Gorovsky regarding this continuance and is informed that the Government does not object to a brief continuance.

WHEREFORE, Defendant respectfully requests this Court grant a continuance of Sentencing in this matter.

        Respectfully Submitted,

        /s/ Christopher P. Threlkeld
        Christopher P. Threlkeld #6271433
        224 St. Louis Street
        Edwardsville, Illinois  62025
        (618) 656-2321
        (618) 656-2363 fax
        **cthrelkeld@lbtdlaw.com**

### Certificate of Service

I hereby certify that on 09/10/2010, I electronically filed a Motion to Continue Sentencing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Nicole Gorovsky
Nicole.Gorovsky@usdoj.gov

And I hereby certify that on 09/10/2010, I mailed by United States Postal Service, the document to the following non-registered participants:

NONE.

        s/ Christopher P. Threlkeld