# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

[   ] BENTON        [ X ] EAST ST. LOUIS     [   ]CONTESTED    [X ] UNCONTESTED

## MINUTES OF DISPOSITION

U.S.A.  vs.  DAVID C. STEWARD                    CRIMINAL NO. 09-CR-30137-001-MJR

DEFT.  COUNSEL: Christopher P. Threlkeld          JUDGE: HON. MICHAEL J. REAGAN

GOVT.  COUNSEL: Nicole Gorovsky                   DATE: October 14,  2010

REPORTER: Barb Kniepmann                          DEPUTY: Debbie DeRousse
                                                  TIME: 10:00 - 10:40 AM

____X____ COURT ORDERS PRE-SENTENCE REPORT TO BE SEALED WITH COUNSEL HAVING
ACCESS TO SAME IN THE EVENT OF APPEAL.  RECOMMENDATION TO BE PLACED UNDER
SEPARATE SEAL AND COUNSEL WILL  NOT HAVE ACCESS TO SAME.

COURT'S RULINGS ON OBJECTIONS TO PRE-SENTENCE REPORT:_____

TOTAL AMOUNT OF _____ (e.g. cocaine base, marijuana) CONSTITUTING DEFENDANT'S RELEVANT
CONDUCT IS _____

OFFENSE LEVEL: 31                    CRIMINAL HISTORY CATEGORY:   I
SENTENCE RANGE: 108 to 135  months   FINE RANGE: $15,000 - $150,000

____X____ COURT ACCEPTS PLEA AGREEMENT      _____ COURT REJECTS PLEA AGREEMENT

DEFENSE WITNESSES:_____
GOVERNMENT WITNESSES:_____

[ ] GOVERNMENT'S 5k1.1 MOTION FOR A  DOWNWARD DEPARTURE,  **Granted [ ] Denied [ ]**

DEPARTURE TO OFFENSE LEVEL:____ CRIMINAL HISTORY CATEGORY:_____
SENTENCING RANGE:_____ FINE RANGE: $_____

_____CUSTODY OF ATTORNEY GENERAL      _____ CUSTODY OF BUREAU OF PRISONS

SENTENCE: Defendant is sentenced to 70 imprisonment._____

___X__ UPON RELEASE FROM IMPRISONMENT, DEFENDANT ON SUPERVISED RELEASE for a term of
Life .

USA vs __DAVID C. STEWARD_____          DATE:  __October 14, 2010_____

CR. NO.09-CR-30137-001-MJR_____

CONDITIONS OF SUPERVISION/PROBATION:

[X]  WITHIN 72 HOURS OF RELEASE FROM BOP, DEFENDANT TO REPORT TO PROBATION IN
      DISTRICT RELEASED.

[X]  DEFENDANT SHALL NOT COMMIT ANY FURTHER CRIMES.

[X]  DEFENDANT SHALL NOT POSSESS FIREARM OR OTHER DESTRUCTIVE DEVICE.

[X]  DEFENDANT SHALL NOT ILLEGALLY POSSESS ANY CONTROLLED SUBSTANCES.

[ ]  DEFENDANT TO PARTICIPATE IN SUBSTANCE ABUSE PROGRAM APPROVED BY PROBATION.

[ ]  DEFENDANT FINED $  750.00 On  Counts__1_____

      for a TOTAL FINE of $_____750.00____  DUE IMMEDIATELY.

[ ]  INTEREST WAIVED          [ ]  INTEREST IMPOSED

[ ]  FINE TO BE PAID FROM PRISON EARNINGS, OR WHILE DEFENDANT IS ON SUPERVISED
      RELEASE.

[X]  SPECIAL ASSESSMENT OF $ 100.00_____  On (each of) Count(s) _1___    TOTAL  _$100.00_____
      DUE IMMEDIATELY.

[X] Payments are due immediately, through the Clerk of the Court.  If the defendant is unable to pay
immediately, the defendant shall pay any financial penalty imposed by this judgment and that remains
unpaid at the commencement of the term of supervised release in equal monthly installments of $25or
10% of defendant's monthly gross income, whichever is greater, over a period of 34 months, to
commence 30 days after release from imprisonment to a term of supervision.

[ ]  RESTITUTION IS ORDERED IN THE AMOUNT OF $_____

[X]  COURT FINDS DEFENDANT'S FINANCIAL CONDITION IS SUCH THAT [S]HE IS UNABLE TO:

[ ]  PAY RESTITUTION, [ ] PAY A FINE, [X] PAY COSTS OF INCARCERATION OR SUPERVISION,
      AND THEY ARE WAIVED.

[X]  DEFENDANT ADVISED OF RIGHT TO APPEAL.

[X ]  RECOMMENDATION:_ Defendant to be placed at FMC Lexington, Kentucky._____

[X]  BOND:[ ] REVOKED [ ] REMANDED  [X] CONTINUED UNDER PREVIOUS CONDITIONS

[X] DEFENDANT TO VOLUNTARILY  SURRENDER AS NOTIFIED BY USM TO DESIGNATED
      INSTITUTION;  OR [ ] SURRENDER TO USM ON _____

[ ]  COUNT(S)_____  ARE DISMISSED ON  MOTIONS OF GOVERNMENT.

[X]  Order of forfeiture is entered. _____ .___

2